UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN THOMAS, )
    Plaintiffs, )
) No. 1:14-cv-1139
-v- )
) HONORABLE PAUL L. MALONEY
ARLINGTON ESTATE MOBILE HOME PARK, )
DAVID BOWEN, FOSTER & DAVID POTTER, )
TERESA JONES, JOHN CRISTIAN, and )
RICK TOLLE, )
    Defendants. )
_____ )

## JUDGMENT

The Court has dismissed the complaint for failure to state a claim upon which relief may be granted. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 5, 2014                       /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge